No. 07-16-00416-CV

| | | |
|---|---|---|
| In re Dallas James Moore | § | Original Proceeding |
| | § | November 29, 2016 |
| | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 29, 2016, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is hereby dismissed.

o O o